People of the State of Illinois, Plaintiff-Appellee, v. Larry Phillips, Defendant-Appellant.

Gen. No. 64–F–18. 

Fifth District.

February 26, 1964.

 Wineland & Todd, of Flora, for appellant; H. Carroll Bayler, State's Attorney, of Louisville, for appellee. Opinion by JUSTICE REYNOLDS. Not to be published in full.